**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

FILED

2006 SEP 28 PM 5: 24

U.S. ___ ___RT
MIDDLE DIS___ ___ FLORIDA
ORLA___ ___DA

**UNITED STATES OF AMERICA**

v.                                     **Case No. 6:03-cr-96-Orl-28KRS**

**SHAWN EARL NEWSOME**

## ORDER ON REVOCATION OF SUPERVISED RELEASE AND ORDER OF COMMITMENT

This cause came before the Court on a Petition for Warrant or Summons for Offender Under Supervision filed July 11, 2006 (Doc. No. 80), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of his supervision. A final hearing on violation of supervised release was held by Magistrate Judge Karla R. Spaulding on August 17, 2006 and subsequently, a Report and Recommendation (Doc. No. 93) was entered by Magistrate Judge Karla R. Spaulding on August 17, 2006.

The defendant appeared before this Court on September 22, 2006, with counsel, Amanda R. Jacobson and the Assistant United States Attorney. After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court adopts the Report and Recommendation (Doc. No. 93) and finds that the defendant has violated the conditions of supervised release.

It is **ORDERED AND ADJUDGED** that the defendant's supervised release term is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a period of **8 Months**.

The defendant is hereby **REMANDED** to the custody of the United States Marshal for service of sentence at the institution designated by the Bureau of Prisons.

The Judgment at Document No. 43 remains unaltered and in effect except as amended herewith.

It is **FURTHER ORDERED** that upon release from imprisonment, SHAWN EARL NEWSOME is released from further supervision by this Court.

**DONE** and **ORDERED** at Orlando, Florida this ___27___ day of September, 2006.

JOHN ANTOON II
United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant
Shawn Earl Newsome